1  MICHELE BECKWITH
   Acting United States Attorney
2  BRENDON L.S. HANSEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2780
   Facsimile:  (916) 554-2900
5
   Attorneys for Defendant
6  UNITED STATES OF AMERICA

7

8                  IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 MIGUEL ANGEL DUQUE                 CASE NO.  1:23-CV-01761-WBS-SKO
   VILLANUEVA,
12                                    **ORDER FOR REFERRAL TO SETTLEMENT
                  Plaintiff,          CONFERENCE AND TO VACATE AND RE-
13                                    SET SCHEDULING ORDER**

14 v.

15 UNITED STATES,

16                 Defendant.

17

18                              **ORDER**

19         The Court has considered the parties' stipulation for referral to a Settlement Conference with the

20 Honorable Dennis M. Cota, United States Magistrate Judge, and to vacate and re-set the discovery and

21 expert discovery deadlines.  ECF No. 15.  Good cause appearing, the parties' stipulation is granted.

22         IT IS HEREBY ORDERED that:

23         1.      The parties' stipulation for referral to a Settlement Conference with Honorable Dennis M.

24 Cota is approved.  This matter is referred to Magistrate Judge Cota for purposes of conducting a

25 Settlement Conference and related proceedings.

26         2.      The dates and deadlines contained within the Scheduling Order, ECF No. 14, are vacated

27 and re-set as set forth below:

28 ///

   ORDER                                1

| EVENT | DATE OR DEADLINE |
|---|---|
| Expert Disclosure | June 9, 2025 |
| Rebuttal Expert Disclosure | August 18, 2025 |
| Discovery and Discovery Motion Cutoff | October 13, 2025 |
| Motion Hearing Deadline | December 12, 2025 |
| Final Pretrial Conference | March 23, 2026 |
| Trial | May 27, 2026 |

The Scheduling Order shall remain in effect other than the dates and deadlines contained within that Order as described above.  ECF No. 14.

IT IS SO ORDERED.

Dated:  March 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER                                                                 2