MICHELE BECKWITH
Acting United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MIGUEL ANGEL DUQUE VILLANUEVA,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                Defendant. | CASE NO. 1:23-CV-01761-WBS-SKO<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL PAPERS; ORDER** |
|---|---|

      This matter settled at a Settlement Conference held on April 21, 2025, with Magistrate Judge Dennis M. Cota. As part of the settlement, the parties agreed that the settlement amount must be provided within ninety (90) days. However, the Court set the deadline to file final dispositional papers within thirty (30) days. ECF No. 18.

      Under Local Rule 160(b), the parties stipulate that good cause exists to extend the deadline for filing final dispositional papers for about 120 days until August 21, 2025, to allow the parties to proceed through the settlement process as the parties agreed, including by providing the settlement check within ninety (90) days.

      IT IS SO STIPULATED.

///

///

1
2  Dated: April 22, 2025                         MICHELE BECKWITH
3                                                Acting United States Attorney
4                                           By:  */s/ Brendon L.S. Hansen*
5                                                BRENDON L.S. HANSEN
                                                 Assistant United States Attorney
6
7  Dated: April 22, 2025                         ELDABE | RITTER TRIAL LAWYERS
8                                                (As authorized 04/22/25)
                                            By:  */s/ Christopher K. Dickson*
9                                                CHRISTOPHER K. DICKSON
                                                 Attorneys for Plaintiff
10

## **ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL PAPERS**

Based on the parties' stipulation, and good cause appearing under Local Rule 160(b), the deadline for the parties to file final dispositional papers is extended until August 21, 2025.

IT IS SO ORDERED.

Dated: April 24, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE